# United States District Court
## Northern District of New York
## Civil Judgment

| | |
|---|---|
| K.T., <br> A child with a disability, <br> individually and by her parent <br> and next friend, T.T., <br>       Plaintiff, <br>     -v- <br> East Syracuse-Minoa Central <br> School District, <br>       Defendant. | Case Number: <br><br> 5:07cv860  (FJS/GJD) |

[X]  **Decision by Court.**  This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** the parties proposed Settlement Agreement is approved and the Defendants shall pay the Plaintiffs' attorneys' fees and costs in the amount of $20,000.00, as set forth in the Settlement Agreement.

All of the above pursuant to an Order dated October 7, 2008, by Senior Judge Frederick J. Scullin, Jr.


Dated: October 8, 2008     **Lawrence K. Baerman, Clerk**


                                                **s/**

                            **Marie N. Marra, Deputy Clerk**